UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CATHOLIC MUTUAL RELIEF SOCIETY OF AMERICA and CATHOLIC RELIEF INSURANCE COMPANY OF AMERICA,

            Petitioners,

-v.-

MARKEL INTERNATIONAL INSURANCE COMPANY,

           Respondent.

23 Civ. 3318 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

    On April 20, 2023, Petitioners filed a petition to confirm an arbitration award. (Dkt. #1). Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc.* v. *Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioners shall move for confirmation of the arbitral award in the form of a motion for summary judgment — in accordance with Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1 of the Southern District of New York — by **May 11, 2023**. Respondent's opposition, if any, is due on **May 25, 2023**. Petitioners' reply, if any, is due **June 1, 2023**.

    Petitioners shall serve the petition upon Respondent electronically and by overnight mail no later than **April 26, 2023**, and shall file an affidavit of such service with the court no later than **April 28, 2023**.

    SO ORDERED.

Dated: April 21, 2023
       New York, New York

                                                 KATHERINE POLK FAILLA
                                                United States District Judge